# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DAVID MOORE and LISA MOORE, | § | |
| | § | |
| Debtors | § | |
| | § | |
| LISA BUSHMAN, | § | |
| | § | |
| Appellee | § | |
| | § | |
| v. | § | Case No. 08-31536-H3-7 |
| | § | Adv.  No. 08-3162 |
| DAVID MOORE and LISA MOORE, | § | |
| | § | |
| Appellants. | § | |

## ORDER GRANTING MOTION FOR ASSESSMENT OF ATTORNEY'S FEES AND COSTS

On this         day of                  , 2010 came on for hearing the Motion for Assessment of Attorneys Fees and Costs filed by the Plaintiff. Good cause having been found by the Court, it is

ORDERED the  motion is GRANTED.

It is further ORDERED THAT Defendants pay to Plaintiff the sum of $                  as attorneys fees and costs incurred in the defense of this civil action.

_____
United States Bankruptcy Judge